```
                          United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                              Case No. 17-02062-HWV
Charles Andrew LeDuc                                                Chapter 13
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-1        User: karendavi           Page 1 of 1              Date Rcvd: Jun 23, 2017
                            Form ID: ntnew341         Total Noticed: 11
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 25, 2017.
```
db             +Charles Andrew LeDuc,    515 Lakeview Circle,    Littlestown, PA 17340-1701
4922829         Jessica LeDuc,    93 Washington Ln,    Westminster, MD 21157-5856
4922830        +Mariner Finance,    8211 Town Center Dr,    Nottingham, MD 21236-5904
4923464        +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4922832        +Santander Consumer USA,    Po Box 961275,    Fort Worth, TX 76161-0275
4922834        +United Consumers,    14205 Telegraph Rd,    Woodbridge, VA 22192-4615
4922835        +Wellspan,    1001 South George Street,    York, PA 17403-3676
4930688        +York Hospital,    1001 S George St,    York, PA 17403-3645
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4922827           E-mail/Text: mwarehime@carrollhospitalcenter.org Jun 23 2017 18:56:39
                   Carroll Hospital Center,    P. O. Box 608,    Westminster, MD 21158-0608
4922831        +E-mail/Text: bankruptcy@loanpacific.com Jun 23 2017 18:56:53      Pacific Union Financial,
                   1603 Lbj Fwy Ste 500,    Farmers Branch, TX 75234-6071
4922833        +E-mail/Text: bankruptcy@sw-credit.com Jun 23 2017 18:56:41      Southwest Credit Systems,
                   4120 International Parkway Ste 1100,    Carrollton, TX 75007-1958
                                                                                              TOTAL: 3
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4922828       ##+Commercial Acceptance,    2 W. Main St,    Shiremanstown, PA 17011-6326
                                                                               TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2017                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 23, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              Torren C Ecker    on behalf of Debtor Charles Andrew LeDuc tecker@bandspc.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

ntnew341 (12/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Charles Andrew LeDuc
Debtor(s)

Chapter 13

Case No. 1:17−bk−02062−HWV

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: August 24, 2017 Time: 11:00 AM |

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
PO Box 908
Harrisburg, PA 17108
(717) 901−2800

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: karendavis, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: June 23, 2017