```
                       United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                              Case No. 17-02062-HWV
Charles Andrew LeDuc                                                Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-1          User: DDunbar            Page 1 of 1            Date Rcvd: Aug 29, 2017
                              Form ID: ntcnfhrg        Total Noticed: 14
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2017.
```
db          +Charles Andrew LeDuc,    515 Lakeview Circle,    Littlestown, PA 17340-1701
4949344     +CHRYSLER CAPITAL,    P.O. BOX 961275,    FORT WORTH, TX 76161-0275
4922829      Jessica LeDuc,   93 Washington Ln,    Westminster, MD 21157-5856
4922830     +Mariner Finance,    8211 Town Center Dr,    Nottingham, MD 21236-5904
4923464     +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4946452     +Pacific Union, LLC,    7880 Bent Branch Drive #100,    Irving, TX 75063-6046
4949343     +SANTANDER CONSUMER USA,    P.O. Box 560284,    Dallas, TX 75356-0284
4922832     +Santander Consumer USA,    Po Box 961275,    Fort Worth, TX 76161-0275
4922834     +United Consumers,    14205 Telegraph Rd,    Woodbridge, VA 22192-4615
4922835     +Wellspan,   1001 South George Street,    York, PA 17403-3676
4930688     +York Hospital,    1001 S George St,    York, PA 17403-3645
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4922827          E-mail/Text: mwarehime@carrollhospitalcenter.org Aug 29 2017 19:15:04
                 Carroll Hospital Center,    P. O. Box 608,    Westminster, MD 21158-0608
4922831         +E-mail/Text: bankruptcy@loanpacific.com Aug 29 2017 19:15:29      Pacific Union Financial,
                 1603 Lbj Fwy Ste 500,    Farmers Branch, TX 75234-6071
4922833         +E-mail/Text: bankruptcy@sw-credit.com Aug 29 2017 19:15:06      Southwest Credit Systems,
                 4120 International Parkway Ste 1100,    Carrollton, TX 75007-1958
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4922828     ##+Commercial Acceptance,    2 W. Main St,    Shiremanstown, PA 17011-6326
                                                                                  TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              Torren C Ecker    on behalf of Debtor Charles Andrew LeDuc tecker@bandspc.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Charles Andrew LeDuc<br>Debtor(s) | Chapter | 13 |
| | Case No. | 1:17−bk−02062−HWV |

# Notice

The hearing on confirmation of the Plan of reorganization of Debtor is scheduled for the date indicated below.

**September 27, 2017** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd<br>Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: October 11, 2017<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DDunbar, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 29, 2017 |