UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: CHARLES ANDREW LEDUC | : | CHAPTER 13 |
| Debtor(s) | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| vs. | : | |
| | : | |
| CHARLES ANDREW LEDUC | : | |
| Respondent(s) | : | CASE NO.   1-17-bk-02062 |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

      AND NOW, this   24th   day of August, 2017, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

      1.  The Trustee provides notice to the Court as to the ineffectiveness of debtor(s) Chapter 13 Plan for the following reasons:

         a. Clarification of debtor(s) counsel fees which are in conflict with 2016(b) Statement.

      WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

         a. Deny confirmation of debtor(s) plan.
         b. Dismiss or convert debtor(s) case.
         c. Provide such other relief as is equitable and just.

                                  Respectfully submitted:

                                  /s/Charles J. DeHart, III
                                  Standing Chapter 13 Trustee
                                  8125 Adams Drive, Suite A
                                  Hummelstown, PA 17036
                                  (717) 566-6097

CERTIFICATE OF SERVICE

        AND NOW, this   5th   day of September, 2017, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Torren Ecker, Esquire
544 Carlisle Street
Hanover, PA   17331

        /s/Deborah A. Behney
        Office of Charles J. DeHart, III
        Standing Chapter 13 Trustee