UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CHARLES ANDREW LEDUC : CHAPTER 13
    Debtor(s) :
     :
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
    Movant :
     :
    vs. :
     :
CHARLES ANDREW LEDUC :
    Respondent(s) : CASE NO. 1-17-bk-02062

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
CHAPTER 13 PLAN

AND NOW, this 26th day of September, 2017, comes Charles J. Dehart, III, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about September 5, 2017 be withdrawn, as all issues have been resolved.

                                      Respectfully submitted:

                                      /s/Charles J. DeHart, III
                                      Standing Chapter 13 Trustee
                                      8125 Adams Drive, Suite A
                                      Hummelstown, PA 17036
                                      (717) 566-6097

CERTIFICATE OF SERVICE

AND NOW, this 26th day of September, 2017, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Torren Ecker, Esquire
544 Carlisle Street
Hanover, PA 17331

                                      /s/Deborah A. Behney
                                      Office of Charles J. DeHart, III
                                      Standing Chapter 13 Trustee

Case 1:17-bk-02062-HWV    Doc 26    Filed 09/26/17    Entered 09/26/17 11:01:00    Desc
Main Document    Page 1 of 1