## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Charles Andrew LeDuc <br>     Debtor(s) | CHAPTER 13 |
| PACIFIC UNION FINANCIAL, LLC <br>     Movant <br> vs. <br> Charles Andrew LeDuc <br>     Debtor(s) | NO. 17-02062 HWV |
| Charles J. DeHart, III Esq. <br>     Trustee | 11 U.S.C. Section 362 |

## CERTIFICATE OF NON-CONCURRENCE

Neither Debtor(s), nor Trustee have concurred with the request for relief in this Motion.

                Respectfully submitted,

                **/s/ James C. Warmbrodt, Esquire**
                James C. Warmbrodt, Esquire
                Attorneys for Movant/Applicant