```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                      Case No. 17-02062-HWV
Charles Andrew LeDuc                                        Chapter 13
      Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-1          User: DGeorge              Page 1 of 1       Date Rcvd: Mar 08, 2019
                              Form ID: ordsmiss         Total Noticed: 15
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2019.
db          #+Charles Andrew LeDuc,   515 Lakeview Circle,   Littlestown, PA 17340-1701
4922829      +Jessica LeDuc,   93 Washington Ln,   Westminster, MD 21157-5856
4922830      +Mariner Finance,   8211 Town Center Dr,   Nottingham, MD 21236-5904
4946452     #+Pacific Union, LLC,   7880 Bent Branch Drive #100,   Irving, TX 75063-6046
4974379      +Santander Consumer USA Inc. DBA Chrysler Capital,   P.O. Box 562088, Suite 900 North,
               Dallas, TX 75356-2088
4922834      +United Consumers,   14205 Telegraph Rd,   Woodbridge, VA 22192-4615
4922835      +Wellspan,   1001 South George Street,   York, PA 17403-3676
4930688      +York Hospital,   1001 S George St,   York, PA 17403-3645

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4949344      +EDI: CHRM.COM Mar 09 2019 00:18:00     CHRYSLER CAPITAL,   P.O. BOX 961275,
               FORT WORTH, TX 76161-0275
4922827       E-mail/Text: mwarehime@carrollhospitalcenter.org Mar 08 2019 19:18:39
               Carroll Hospital Center,   P. O. Box 608,   Westminster, MD 21158-0608
4923464      +EDI: PRA.COM Mar 09 2019 00:18:00     PRA Receivables Management, LLC,   PO Box 41021,
               Norfolk, VA 23541-1021
4922831      +E-mail/Text: bankruptcy@loanpacific.com Mar 08 2019 19:18:58    Pacific Union Financial,
               1603 Lbj Fwy Ste 500,   Farmers Branch, TX 75234-6071
4949343      +EDI: DRIV.COM Mar 09 2019 00:18:00     SANTANDER CONSUMER USA,   P.O. Box 560284,
               Dallas, TX 75356-0284
4922832      +EDI: CHRM.COM Mar 09 2019 00:18:00     Santander Consumer USA,   Po Box 961275,
               Fort Worth, TX 76161-0275
4922833      +EDI: SWCR.COM Mar 09 2019 00:18:00     Southwest Credit Systems,
               4120 International Parkway Ste 1100,   Carrollton, TX 75007-1958
                                                                                             TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
cr*          +Santander Consumer USA Inc. dba Chrysler Capital,   P.O. Box 562088, Suite 900 North,
               Dallas, TX 75356-2088
4969684*     +Mariner Finance, LLC,   8211 Town Center Drive,   Nottingham, MD 21236-5904
4922828     ##+Commercial Acceptance,   2 W. Main St,   Shiremanstown, PA 17011-6326
                                                                                  TOTALS: 0, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2019                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              Robert D O'Brien    on behalf of Debtor 1 Charles Andrew LeDuc robrien@beckerlawgrouppc.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Santander Consumer USA Inc. dba Chrysler Capital
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Charles Andrew LeDuc, | Chapter 13 |
| **Debtor 1** | |
| | Case No. 1:17–bk–02062–HWV |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation pursuant to LR 2016–2(h).**

Dated: March 8, 2019

By the Court,

*Henry W. Van Eck* (signature)

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: DGeorge, Deputy Clerk

ordsmiss (05/18)